UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-80873-MARRA

JAMES MEARS,

    Plaintiff,

vs.

ROMEO'S PIZZA RESTAURANT,
INC. and SOUTHERN PLAZA, LLC

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [D.E. # 9]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby **GRANTED**.

2. The Court hereby APPROVES the Consent Decree, Defendants ROMEO'S PIZZA RESTAURANT, INC. and SOUTHERN PLAZA, LLC are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. Any pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 3rd day of September, 2015.

KENNETH A. MARRA
United States District Judge